# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

Clifford W. Taylor,
Chief Justice

133537

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 133537
                                   COA: 275715
JOEY EUGENE STATEN,                    Tuscola CC: 02-008482-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk

p0711